LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KEVIN BAXTER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: CR S-09-014 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINING STATUS CONFERENCE AND EXCLUDING TIME |
| vs. | |
| KEVIN BAXTER, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Mary Grad and defendant, KEVIN BAXTER, by and through his counsel, Lindsay Anne Weston, that the status conference in this matter currently scheduled for Tuesday, March 24, 2009, at 9:30 a.m. be continued to May 5, 2009, at 9:30 a.m.

The basis for this continuance, which is at the request of the defense, is to allow defense counsel sufficient time to conduct necessary investigation and legal research in order to competently prepare the defense in this case.

IT IS FURTHER STIPULATED that the period from March 24, 2009, (the date currently set for the status conference) through and including May 5, 2009, be excluded in computing the

- 1

PDF created with pdfFactory trial version www.pdffactory.com

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: March 20, 2009            Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
KEVIN BAXTER

Date: March 20, 2009            LAWRENCE G. BROWN
Acting United States Attorney

/s/ Lindsay Weston for
_____
MARY GRAD
Assistant United States Attorney
Per telephonic authority

**ORDER**

IT IS SO ORDRED.

Dated: March 23, 2009            /s/ John A. Mendez_____
JOHN A. MENDEZ
United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com