UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 25, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> KEVIN BAXTER, ) <br> Defendant. ) <br> ) | Case No. CR.S-09-0014-JAM <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN BAXTER, Case No. CR.S-09-0014-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

_X_  Bail Posted in the Sum of: $80,000.00.

    _X_  Unsecured Appearance Bond (Interim)

    _X_  Appearance Bond with Surety

    _X_  (Other) Conditions as stated on the record.

    _X_  (Other) The Defendant is ordered released forthwith upon the execution of the Agreement to Forfeit Property and Unsecured Bond form. The secured bond paperwork is ordered due by 04/15/09.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  03/25/09  at  2:25 pm.

By _____
Edmund F. Brennan
United States Magistrate Judge