LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KEVIN BAXTER

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.:  CR S-09-014  JAM |
| ) | |
| ) | STIPULATION AND ORDER SETTING |
| Plaintiff, ) | NEW BRIEFING SCHEDULE AND |
| ) | EXCLUDING TIME |
| vs. ) | |
| ) | |
| KEVIN BAXTER, ) | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Mary Grad and defendant, KEVIN BAXTER, by and through his counsel, Lindsay Anne Weston, that the Court adopt the following briefing schedule and hearing date, the current hearing date being scheduled for July 14, 2009, at 11:00 a.m.:

  Defense motions to be filed by:  August 25, 2009

  Government response due:  September 15, 2009

  Defense (optional) reply due:  September 22, 2009

  Hearing/Evidentiary hearing:  September 29, 2009 at 11:00 a.m.

- 1

PDF created with pdfFactory trial version www.pdffactory.com

The basis for this request, which is by the defense, is to allow defense counsel additional time to conduct investigation for the motion to suppress and consult with her client who has been transferred from Sacramento County Jail to Butte County Jail. Further, the parties are exploring ways of resolving the case without the necessity filing pre-trial motions.

IT IS FURTHER STIPULATED that the period from July 14, 2009, (the date currently set for the motions hearing) through and including September 29, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated:  June 6, 2009                     Respectfully submitted,

                                         /s/Lindsay Weston
                                         _____
                                         LINDSAY ANNE WESTON
                                         Attorney for Defendant
                                         KEVIN BAXTER

Date: June 6, 2009                       LAWRENCE G. BROWN
                                         Acting United States Attorney

                                         /s/ Lindsay Weston for
                                         _____
                                         MARY GRAD
                                         Assistant United States Attorney
                                         Per telephonic authority

## ORDER

IT IS SO ORDRED.

Dated:  July 7, 2009            /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Judge

- 2

PDF created with pdfFactory trial version www.pdffactory.com