LAWRENCE G. BROWN
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO.  2:09-CR-014-JAM |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER MODIFYING |
| v. | ) | THE BRIEFING SCHEDULE ON |
| | ) | DEFENDANT'S MOTION TO SUPPRESS |
| KEVIN BAXTER, | ) | EVIDENCE |
| Defendant. | ) | |

On August 26, 2009, defendant filed a motion to suppress evidence and statements attendant to a search of the defendant's residence on December 18, 2008.  In light of all the facts and circumstances, the government has provided the defendant with a plea offer in this case, that, if accepted, will obviate the need for further proceedings in this case.  To provide the defendant time to discuss the plea agreement with defense counsel, the parties agree and stipulate that the briefing schedule on defendant's motion to suppress evidence be and here is modified as follows:

///

///

```
Government response due:        November 3, 2009
Defense (optional) reply due:   November 10, 2009
Non-Evidentiary Hearing:        November 17, 2009 at 11:00
                                a.m.
```

Time under the Speedy Trial Act is excluded as there is a pending motion on file before the court in this case.

```
                                LAWRENCE G. BROWN
                                United States Attorney

                                /s/ Mary L. Grad
Date: September 10, 2009        By: MARY L. GRAD
                                Assistant United States Attorney


Date: September 10, 2009        /s/ Mary L. Grad for

                                LINDSAY ANNE WESTON
                                Attorney for Kevin Baxter
                                Per telephonic authority
```

IT IS SO ORDERED.

Dated: 09/10/2009

```
                                /s/ John A. Mendez
                                JOHN A. MENDEZ
                                United States District Judge
```