LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

Attorney for Defendant
KEVIN BAXTER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-09-014  JAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE AND SETTING NEW SCHEDULE FOR DISCLOSURE OF AND OBJECTIONS TO PRE-SENTENCE REPORT |
| vs. | |
| KEVIN BAXTER, | |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Assistant United States Attorney Mary Grad and defendant, KEVIN BAXTER, by and through his counsel, Lindsay Anne Weston, that the Court adopt the following schedule for disclosure of the pre-sentence report, objections thereon, and new sentencing date, the current sentencing date being January 19, 2010, at 9:30 a.m.:

| | |
|---|---|
| Disclosure to parties of draft report | January 26, 2010 |
| Written objections to draft report | February 9, 2010 |
| Final presentence report to parties | February 16, 2010 |
| Motion for correction of presentence report | February 23, 2010 |
| Reply or statement of non-opposition | March 2, 2010 |

- 1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Judgment and sentencing date | March 9, 2010 at 9:30 a.m. |

The basis for this request is to allow the defense sufficient time to prepare for the sentencing in that defense counsel was away from work the past two months due to a family illness.

DATED:  December 28, 2009            Respectfully submitted,

/s/ *Lindsay Anne Weston*
_____
LINDSAY ANNE WESTON
Counsel for Kevin Baxter

/s/ *Lindsay Weston for Mary Grad*
_____
MARY GRAD
Assistant United States Attorney
[per authorization of Ms. Grad]

## ORDER

**IT IS SO ORDERED.**

DATED:  December 30, 2009

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com